DONNA R. ZIEGLER [142415]
County Counsel
SCOTT J. FEUDALE [242671]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Attorneys for Defendants County of Alameda, Gregory Ahern, Pereira, Gainer, Gaston, and Durmisevic

MICHAEL S. TRAYLOR (SBN 136824)
Traylor Law Office, PC
8601 Lincoln Boulevard, Suite 825
Los Angeles, CA 90045
Telephone: (310) 480-6610
Fax: (310) 480-1200
Attorney for Plaintiff Albert Rich

UNITED STAETS DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT RICH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JORDAN PEREIRA, et al.,<br><br>　　　　　　　Defendant. | Case No.: 3:18-cv-06266-EMC<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Albert Rich, by and through his attorney Michael Traylor, and Defendants County of Alameda, Gregory Ahern, Jordan Pereira, Patricia Gainer, Andre Gaston, and Almir Durmisevic, by and through their attorney, Scott J. Feudale, that:

　　　　1.　　　　The parties do hereby agree to dismiss Defendants County of Alameda, Gregory Ahern, Jordan Pereira, Patricia Gainer, Andre Gaston, Almir Durmisevic, and un-served former County employees Michelle Guichard and Scott Sorenson, from this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(ii);

2. The parties further agree that each side shall bear its own fees and cost.

Dated: 11/17/2020        By: _____
                              MICHAEL TRAYLOR
                              Traylor Law Offices, PC
                              Attorney for Plaintiff Albert Rich

Dated: 11/17/20          By: _____
                              SCOTT J. FEUDALE
                              Deputy County Counsel
                              Attorneys for Defendants County of Alameda,
                              Ahern, Pereira, Gainer, Gaston, and Durmisevic

**PURSUANT TO THE ABOVE STIPULATION IT IS SO ORDERED.**

Dated: 11/30/2020        _____
                         HON. EDWARD M. CHEN
                         United States District Judge